IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NG, by and through their legal guardian, VG,

    Plaintiff,

v.

Ohio Department of Developmental
Disabilities, et al.,

    Defendants.

Case No. 2:24-cv-2027
Judge James L. Graham
Magistrate Judge Elizabeth P. Deavers

## Order

This matter is before the Court on plaintiff's unopposed motion for leave to file under seal unredacted versions of the Verified Complaint and Motion for Temporary Restraining Order. Plaintiff's motion for leave to file under seal (doc. 3) is GRANTED.

                                          s/ James L. Graham
                                          JAMES L. GRAHAM
                                          United States District Judge

DATE: May 7, 2024